# COURT MINUTES

Page 1

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**          Date: 8/25/21     Time: 10:00 a.m.

Defendant: Jorge Nobrega _Swinton_          J#: 02461-506   Case #: 21-3590-BECERRA

AUSA: _Nathan Swinton_ Kurt Lunkenheimer          Attorney: _Nathan Swinton_ David Macey - Temp.

Violation: Conspiracy to Violate IEEPA, Conspiracy to Commit Money Laundering, Money Laundering

Proceeding: Report Re: Counsel          CJA Appt: _____

Bond/PTD Held: ⊙ Yes  ⊙ No          Recommended Bond: _____

Bond Set at: Pretrial Detention          Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

Disposition:
David Macey filed Temporary 8/24/21
**Prel/Arr 9/1/21**
Δ consents v+c.
Δ quarantined.
req r/s-qu.

Court –
Time from today to 9/1/21 excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| (Report RE Counsel:) | 9/1/7 | 10 Am | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:09:38          Time in Court: 6